Dismissed and Memorandum Opinion filed October 1, 2009.

 

mIn The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00797-CR

____________

 

ELJOHARA YINESSA MCNEAL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 179th District Court

Harris County, Texas

Trial Court Cause No. 1118958

 



 

M E M O R
A N D U M   O P I N I O N

Appellant entered a “guilty” plea to murder.  In accordance
with the terms of a plea bargain agreement with the State, the trial court
sentenced appellant on July 21, 2009, to confinement for 20 years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant
filed a pro se notice of appeal.    








Because appellant entered a plea of guilty pursuant to a plea
bargain and the punishment assessed did not exceed the punishment recommended
by the prosecutor, appellant has no right of appeal.  See Tex. R. App.
P. 25.2(a)(2), Shankle v. State, 119 S.W.3d 808, 813 (Tex. Crim. App.
2003).  

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Yates, Frost, and Brown.

Do Not Publish C Tex. R. App. P. 47.2(b)